**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JOSE CISNEROS DIAZ,** <br>     **Petitioner,** <br><br>     **v.** <br><br> **J.L. JAMISON, MICHAEL T. ROSE,** <br> **TODD LYONS, KRISTI NOEM, PAMELA** <br> **JO BONDI,** <br>     **Respondents.** | **CIVIL ACTION** <br><br><br><br> **NO.  26-1818** |

**O R D E R**

**AND NOW**, this 20th day of March, 2026, upon consideration of the Petition for Writ of

Habeas Corpus (ECF No. 1), it is hereby **ORDERED** as follows:

1.  Respondents shall **NOT TRANSFER** Petitioner from the Eastern District of

    Pennsylvania without further order of the Court.

2.  Respondents shall file and serve a response on or before **March 24, 2026**.


                    **BY THE COURT:**

                    **/s/ Kelley B. Hodge**
                    _____
                       **HODGE, KELLEY B., J.**