## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSE CISNEROS DIAZ,                  :
                                     :
    *Petitioner,*                 :
                                     :    CASE NO. 2:26-cv-1818
v.                                   :
                                     :
MICHAEL ROSE, et al.,                :
                                     :
    *Respondents.*               :

### STIPULATION AND ORDER

Petitioner and Respondents, through counsel, stipulate as follows:

1.    Petitioner is a non-citizen who was detained by immigration authorities and filed this action for a writ of habeas corpus on March 19, 2026. ECF No. 1.

2.    On March 30, 2026, the Court granted the Petition and ordered Petitioner immediately released. ECF No. 7. Petitioner was thereafter released. ECF No. 8.

3.    The Court additionally ordered Respondents to submit, by April 6, 2026, a brief explaining their position regarding Petitioner's request for attorneys' fees and costs under the Equal Access to Justice Act (EAJA). ECF No. 7 ¶ 6.

4.    Petitioner now withdraws his request for attorneys' fees and costs under EAJA.

5.    Accordingly, Respondents need not respond to Petitioner's request for attorneys' fees and costs.

1

So stipulated:

DAVID METCALF
United States Attorney


*/s/ Adriana Mitchell*
Adriana Mitchell
Law Office of Adriana Mitchell
1528 Walnut Street Suite 710
Philadelphia, PA 19102
Phone: 267-244-3833
adriana@mitchellimmigration.com

*Counsel for Petitioner*

*/s/ David A. Degnan*
David A. Degnan
Assistant United States Attorney
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Phone: 215-861-8522
David.Degnan@usdoj.gov

*Counsel for Respondents*


**APPROVED AND SO ORDERED:**

**/s/ Kelley B. Hodge**
**HODGE, KELLEY B., J.**


Date: April 13, 2026

2