**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JOSE CISNEROS DIAZ,**<br>　　　　　**Petitioner,** | **CIVIL ACTION** |
| **v.** | |
| **J.L. JAMISON, MICHAEL T. ROSE,<br>TODD LYONS, KRISTI NOEM, PAMELA<br>JO BONDI,**<br>　　　　　**Respondents.** | **NO.  26-1818** |

### O R D E R

**AND NOW**, this 10th day of June, 2026, upon consideration of the Petition for Writ of Habeas Corpus (ECF 1) filed by petitioner, Jose Cisneros Diaz, the Court noting that said Petition was granted by Memorandum and Order dated March 30, 2026, and the Government having certified its compliance on March 31, 2026, **IT IS ORDERED** that the Clerk of Court shall **MARK** this case **CLOSED**.

**BY THE COURT:**

**/s/ Kelley B. Hodge**

**HODGE, KELLEY B., J.**